**Order entered October 17, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00099-CV

**WILLIAM DREXEL AND SANDY DREXEL, Appellants**

**V.**

**TOLL BROTHERS, INC. AND TOLL DALLAS TX LLC, Appellees**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-03255-2012**

## ORDER

Before the Court is appellants' October 16, 2018 unopposed motion to extend time to file their reply brief. We **GRANT** the motion and **ORDER** appellants' reply brief due on or before November 28, 2018.

/s/     DAVID EVANS
         JUSTICE